# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 13 |
| | ) | CASE NO.  19-52366 |
| Debtor: Joy Steinbauer | ) | |
| | ) | |
| | ) | Judge Alan M. Koschik |
| | ) | |
| | ) | |
| | ) | **SUGGESTION OF DEATH** |
| | ) | |
| | ) | |
| | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Now comes the Debtor's attorney, Michael A. George, and respectfully submits this Suggestion of Death to the Court.  The Debtor, Joy Steinbauer, died on December 27, 2020.  The Debtor's Certificate of Death is not yet available.

Wherefore, Debtor's attorney prays this suggestion is accepted.


Respectfully Submitted,

<u>/s/ Michael A. George</u>
Michael A. George  (0089025)
Attorney for Debtor
1 Cascade Plaza Suite 1410
Akron, Ohio 44308
(330) 253-8600
mgeorge@ohiolegalclinic.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2021 a true and correct copy of this Suggestion of Death was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- **Michael George**  mgeorge@ohiolegalclinic.com, rauserandassociates@gmail.com;rauserakron@gmail.com;nkrenisky@ohiolegalclinic.com;rausermail@ohiolegalclinic.com;rauser@bestclientinc.com;rauserecfmail@gmail.com;Rauser_BestClient@mail.com;rausercanton@gmail.com
- **Keith Rucinski**  efilings@ch13akron.com
- **Molly Slutsky Simons**  bankruptcy@sottileandbarile.com
- **United States Trustee**  (Registered address)@usdoj.gov
- **Phyllis A. Ulrich**  bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com
- **Joshua Ryan Vaughan**  jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;rschroeter@amer-collect.com;HouliECF@aol.com

**And by regular U.S. mail, postage prepaid, on**:

Capital One Bank
P.O. Box 30281
Salt Lake City, UT 84130

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Credit One Bank
P.O. Box 98872
Las Vegas, NV 89193-8872

Kohl's
P.O. Box 3115
Milwaukee, WI 53201

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

McCarthy, Burgess & Wolff
26000 Cannon Rd.
Bedford, OH 44146

Mr. Cooper
8950 Cypress Waters Blvd
Coppell, TX 75019

MTGLQ Investors, L.P.
P.O. Box 10826
Greenville, SC 29603-0826

Nationstar Mortgage LLC d/b/a Mr. Cooper
PO Box 619094
Dallas, TX 75261-9741

Ohio Department of Taxation
Office of Attorney General
Revenue Recovery
150 E. Gay Street, 21st Floor
Columbus, OH 43215

Portfolio Recovery Assoc.
120 Corporate Blvd.
Norfolk, VA 23502

Resurgent/LVNV Funding
PO Box 1269
Greenville, SC 29602

Summa Health System
P.O.Box 140190
Toledo, OH 43614-0190

U.S. Bank Trust National Association, as Trustee
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

Verizon Wireless
P.O. Box 4002
Acworth, GA 30101

                                          /s/ Michael A. George
                                          Michael A. George (0089025)
                                          Attorney for Debtor